UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PREM S.,

    Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY et al.,

    Respondents.

No. 1:25-cv-01869-TLN-SCR

**ORDER**

On December 24, 2025, the Court granted Petitioner's Motion for a Temporary Restraining Order[1] ("TRO") and ordered Respondents to show cause by January 5, 2026, why this Court should not issue a preliminary injunction on the same terms. (ECF No. 7.) Following the Court's Order, Respondents filed notices of compliance confirming Petitioner was released at 8:03 p.m. on December 24, 2025. (ECF Nos. 8, 9.) On January 7, 2026 — two days after the deadline imposed by the Court — Respondents filed a notice of non-opposition. (ECF No. 14.)

In light of Respondents non-opposition and because the standard for issuing a TRO is "substantially identical" to the standard for issuing a preliminary injunction, *Stuhlbarg Int'l Sales*

---

[1] Petitioner originally filed a pro se Petition for Writ of Habeas Corpus. (ECF No. 1.) Based on the substance of the petition and the relief requested therein, the Court liberally construed the petition as a motion for a TRO. (ECF No. 3); *see also Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

1

1    *Co. v. John D. Brush & Co.*, 240 F.3d 832, 839 n.7 (9th Cir. 2001), the Court ISSUES a

2    preliminary injunction for the same reasons as stated in this Court's prior order (ECF No. 10), as

3    follows:

4      1. Respondents are ENJOINED and RESTRAINED from re-arresting or re-detaining

5         Petitioner absent compliance with constitutional protections, including seven-days' notice

6         and a hearing before a neutral fact-finder where Respondents show: (a) there are material

7         changed circumstances which demonstrate that there is a significant likelihood of

8         Petitioner's removal in the reasonably foreseeable future, or (b) Respondents demonstrate

9         by clear and convincing evidence that Petitioner poses a danger to the community or a

10        flight risk.  At any such hearing, Petitioner shall be allowed to have counsel present.

11      2. Within ten (10) days of the date of this Order, the parties shall file a joint status report

12        addressing the parties' plan to proceed with this action.  The joint status report should

13        address, at minimum, whether parties anticipate any motions practice and whether parties

14        believe the habeas petition is moot.

15      IT IS SO ORDERED.

16 Date: January 7, 2026

17

18                    TROY L. NUNLEY
                     CHIEF UNITED STATES DISTRICT JUDGE